Hello everyone. Welcome back to the very last one. If you can't get it to do it in any other order, try giving it 1 more try. It's quick and easy, it's very simple.  You can come to me if you need me, I'm standing right here, I'm ready for you, so I'm going to give you 1 minute to do this. If you don't know how to do it, you can do it on your own. You can do it on your own. You can do it on your own. You can do it on your own. So, you're going to do this on your own. You're going to hand them to me now. You're saying and I'll take that back and you hand it out to someone else? Remember, how quick did it go? I told you. Alright. You didn't just boys do that. You fathers do it. It means as long as I expect it, you have to do it. In your mind, it's a year away. Not any more. It's the only time… you say go ahead and do it. Go ahead and do it. Go ahead and do it. If you don't do it, there's no point. Yeah? We know that, but maybe we'll never make it till we do it, and I have to put it together.  there's no point, it's gonna take a year. Thanks. It hasn't happened to you before. You changed your mind? The only thing is that you ditched him. I don't like getting disctched. Well, what's that? You're still the same? So just be in my neutral. Who's neutral? From your time to... from your time to now. Who is neutral? I börn't know you. But it's nice to finally meet you. Go on. You are to my expaul. Drunk as a damn. Here's to you. Mommy love you. You can't believe what you're watching. And I love you. Drunk as a damn? Far out the answer to that. Far out. You can never overcome it. You dumb-ass who was out there knowing what was next. Carpeting, dirt-hitting, stalling. Whatever else this is, This is gonna be a passion fight. You know I'd always loved to have a girlfriend. You haven't always had her. I might last for a lifetime. No? I mean, I've been through hell and back. You know, there's a time and a time when you want to do all the things. But, You can't do it. Why not? Why can you not? There's no reason why I can't. There is. I don't know anything anyway, but this is really innovative, and I think that it's really useful to know how to advance and to progress and to move on and make the progress you're making the most them self. It's big pressure on you, it's yet to even process it... It is in front of you. It beckons you. The phone want to get to it as well We'd better put this thing back together because I don't really know what's going on... going on about these other things... we can change them and sort them ourselves  go through the data and do some things not a big deal What I mean is you might make a mistake but it doesn't matter it doesn't bother you The sweet little remedy come across in medicine has to be given to accommodate mating tonics when do they need to be faced?  in our healthcare Huh? They know what to do I didn't mean to get you stuck making me open up to an unconscious requirement to make something or explode   snooping taking the key and They don't understand You think they could exactly do that, or not?  They could ideally just make something and give some people their I strongly support for example here we do all you have Please Who knows Who knows and What might I hear about things that I don't intend to do but I can't do but  can't do but I can't do but I can't do but I can't do but I can't do but I can't do but I can't do  I I can't do      I can't do but I can't do but I can't do but I  do but I can't  I can't  but I can't do I can't do but  can't do do but I can't  but I